STANESLAW KULODZEJ, PLAINTIFF-RESPONDENT, v. LEHIGH VALLEY RAILROAD COMPANY, DEFENDANT-PETITIONER.

On petition for certification to Superior Court, Law Division.

*Messrs. Emory, Langan & Lamb* for the petitioner.

*Mr. Joseph A. Pennica* and *Mr. Aaron B. Weingast* for the respondent.

November 21, 1955. 

WILOMAY HOLDING COMPANY, PLAINTIFF-PETITIONER, v. PENINSULA LAND CO., DEFENDANT-RESPONDENT.

On petition for certification to Superior Court, Appellate Division.

See same case below: 36 *N. J. Super.* 440.

*Mr. Edward A. Smarak* and *Mr. Isadore Glauberman* for the petitioner.

*Messrs. Matthews & James* and *Mr. Robert H. Schenck* for the respondent.

November 21, 1955.